2007 MAR 26  PM 4: 22

CLARENCE
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:

ALLEN OWENS,

    Plaintiff,

vs.

**07-20791**

**CIV-HIGHSMITH**

**/ McALILEY**

CARNIVAL CORPORATION
f/k/a CARNIVAL CRUISE LINES,
a foreign corporation

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, ALLEN OWENS, by and through his undersigned counsel, in the above-styled cause, sues the defendant, CARNIVAL CORPORATION f/k/a Carnival Cruise Lines (hereinafter referred to as "Carnival"), and alleges the following:

## GENERAL ALLEGATIONS

### JURISDICTION AND VENUE

1.     Plaintiff, ALLEN OWENS, is a resident of Albuquerque, New Mexico.

2.     Defendant, CARNIVAL, is a corporate entity which maintains its executive offices in Miami, Florida.

3.     On March 2, 2006, plaintiff was a passenger on the Carnival Conquest, a cruise ship owned and operated by defendant.

4.     This Court has jurisdiction under 28 USC § 1322

5. A stipulation was entered into between the parties extending the statute of limitations until March 26, 2007.

6. Venue in this matter is specified in the forum selection clause passenger's ticket contract contained and entered into between plaintiff and defendant. Plaintiff is not in possession of the passenger ticket, but upon information and belief defendant is in possession of said ticket.

7. On March 2, 2006 a substance, similar to wet concrete, was applied to the floor outside plaintiff's cabin aboard the Carnival Conquest by employees, servants and/or agents of defendant. Plaintiff was unaware that this substance had been applied to the floor and received no warning concerning the condition of the floor outside his cabin.

8. The wet substance on the floor outside plaintiff's cabin constituted an unreasonable hazard to passengers on the Carnival Conquest.

9. On March 2, 2006, plaintiff slipped on the hazardous substance outside of his cabin and fell to the ground injuring his knee.

10. As a direct and proximate result of his fall, the plaintiff incurred the expense of reasonable and necessary medical care, experienced pain and suffering, loss of enjoyment of life and a permanent impairment. These damages will continue into the future.

## COUNT I

## NEGLIGENCE

11. The allegations contained in paragraphs 1-10 are realleged and incorporated by reference.

12. At all relevant times, defendant had a duty to maintain a reasonably safe environment for its passengers and to warn passengers of hazardous conditions which posed a danger to their safety.

13. Defendant violated its duty by creating a hazardous condition in the hallway outside plaintiff's cabin and failing to warn plaintiff or other passengers of the condition.

WHEREFORE, the plaintiff respectfully requests a reasonable award of damages from defendant, costs of this action, and further demands a trial of all issues so triable as a matter of right in this cause and for such other and further relief as the court deems appropriate.

## COUNT II

## BREACH OF WARRANTY

1. The allegations contained in paragraphs 1-10 are realleged and incorporated by reference.

2. The creation of a hazardous condition and failure to warn plaintiff of that condition constituted material breaches of implied and express warranties contained in the passenger ticket contract and in defendant's promotional materials.

3. As a direct and proximate result of its breach of implied and express

warranties, plaintiff suffered the injuries and damages specified above.

WHEREFORE, the plaintiff respectfully requests a reasonable award of damages from defendant, costs of this action, and further demands a trial of all issues so triable as a matter of right in this cause and for such other and further relief as the court deems appropriate.

Respectfully submitted,

*Karen Cohen*
KAREN COHEN
Florida Bar No. 910333
Law Offices of Karen Cohen, P.L.L.C.
Counsel for Plaintiff
1041 Ives Dairy Road, #236
Miami, FL 33179
Telephone: 305-654-4444
Facsimile: 305-654-4479

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

**07-20791**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
ALLEN OWENS

**DEFENDANTS** CARNIVAL CORPORATION f/k/a CARNIVAL CRUISE LINES, a foreign corporation.

**(b)** County of Residence of First Listed Plaintiff  ALBUQUERQUE, NEW MEXICO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  MIAMI DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) KAREN COHEN ESQ.
LAW OFFICES OF KAREN COHEN PLLC
1041 IVES DAIRY RD. SUITE #236
MIAMI, FL 33179

Attorneys (If Known)

**CIV-HIGHSMITH**
**/McALILEY**

**(d) Check County Where Action Arose:** ☒ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

DADE-07-20791-CV-SH-McALILEY

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐ 871 IRS—Third Party 26 USC 7609 | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO
JUDGE                          DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 USC statute 1332.

LENGTH OF TRIAL via  3  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00  One Million Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD  _by Karen Cohen_       DATE

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 957115

03/26/07